**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 261 MAL 2022

              Respondent   :

                        :   Petition for Allowance of Appeal
                        :   from the Order of the Superior Court

             v.   :

                        :

SHAWN C. CONKLIN,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.